UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CHICAGOLAND AVIATION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )    Case No. 12-cv-1139 |
| | ) |
| RICHARD R. TODD, CHICAGO | ) |
| PREMIER BOAT RENTAL AND | ) |
| LEASING, LLC, d/b/a CHICAGO | ) |
| PREMIER FLIGHT TRAINING, | ) |
| | ) |
| Defendants. | ) |

## CHICAGOLAND AVIATION, LLC'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDERAND INJUNCTION

Plaintiff, CHICAGOLAND AVIATION, LLC, by its attorneys, David L. Newman, Jenifer H. Caracciolo, and Robert A. McKenzie (Arnstein & Lehr LLP, *of counsel*), submit this Emergency Motion for Temporary Restraining Order and Injunction against Defendants, RICHARD R. TODD and CHICAGO PREMIER BOAT RENTAL AND LEASING, LLC, d/b/a CHICAGO PREMIER FLIGHT TRAINING. In support of its motion, Plaintiff has contemporaneously filed a Memorandum in Support of its Emergency Motion for Temporary Restraining Order and supporting declaration of Matthew Zahora.

Respectfully submitted,

CHICAGOLAND AVIATION, LLC

By:   /s Robert A. McKenzie _____
          One of its attorneys

Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Responsible Attorneys:
    David L. Newman (ARDC #6210912)
    Jenifer H. Caracciolo (ARDC #6280221)
    Robert A. McKenzie (ARDC #6293346)