# United States District Court
# Northern District of Illinois

**12cv1139**
Honorable Ronald A. Guzman
Mag. Cox

Chicagoland Aviation, LLC

v

Richard R. Todd
Chicago Premier Boat Rental, LLC

**INJUNCTION  B O N D**
in the amount of $5,000.00

Chicagoland Aviation, LLC
as principal
By Robert A. McKenzie, one of the attorneys
for Liberty Mutual Insurance Company
as Surety

**13**