UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGOLAND AVIATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 12-cv-1139 |
| | ) | |
| RICHARD R. TODD, CHICAGO | ) | |
| PREMIER BOAT RENTAL AND | ) | The Honorable Ronald A. Guzman |
| LEASING, LLC, d/b/a CHICAGO | ) | |
| PREMIER FLIGHT TRAINING, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:

| | |
|---|---|
| Richard R. Todd<br>58 Deborah Drive<br>Lemont, IL 60439 | Chicago Premier Boat Rental and Leasing, LLC, d/b/a Chicago Premier Flight Training<br>58 Deborah Drive<br>Lemont, IL 60439 |

**PLEASE TAKE NOTICE** that on **March 1, 2012,** at **9:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Magistrate Judge Cox in Room 1342 at 219 S. Dearborn, Chicago, IL and then and there present Plaintiff's Motion for Preliminary Injunction, a copy of which is hereby served upon you.

                                                CHICAGOLAND AVIATION, LLC


                                                By:   /s/ Robert A. McKenzie
                                                           One of its attorneys

Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Responsible Attorneys:
    David L. Newman (ARDC #6210912)
    Jenifer H. Caracciolo (ARDC #6280221)
    Robert A. McKenzie (ARDC #6293346)

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on February 23, 2012, he electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Preliminary Injunction with the clerk of the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system. Copies of the foregoing Notice and Motion were also served upon the following parties by first class mail, proper postage prepaid:

| | |
|---|---|
| Richard R. Todd<br>58 Deborah Drive<br>Lemont, IL 60439 | Chicago Premier Boat Rental and Leasing, LLC, d/b/a Chicago Premier Flight Training<br>58 Deborah Drive<br>Lemont, IL 60439 |

    /s/ Robert A. McKenzie