

# United States District Court
# Northern District of Illinois

In the Matter of

Chicagoland Aviation, LLC            Magistrate Judge Susan E. Cox

v.            Case No. 12-CV-1139

Todd, et al

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Susan E. Cox, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

*/s/ Ronald A. Guzman*

**Judge Ronald A. Guzman**

Date: Friday, February 24, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Susan E. Cox

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*/s/ James F. Holderman*

**Chief Judge James F. Holderman**

Dated: Friday, February 24, 2012

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Conduct necessary proceedings and issue Report and Recommendation on dispositive motion specified below, other than motions to dismiss and for summary judgment (e.g., motion for injunction, for Social Security review, for class certification, to set aside judgment).

EXCEPTIONS OR ADDITIONS:
Motion by Plaintiff Chicagoland Aviation, LLC for preliminary injunction [14].

District Referral - To Designated Magistrate Judge